## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Daniel Phillips, individually and as | : | CIVIL ACTION |
| Administrator of the Estate of Douglas | : | |
| Stanton, deceased, and on behalf of all | : | |
| Wrongful death heirs, | : | |
| 850 Pone Lane | : | |
| Franklin, PA 16323 | : | |
| | : | |
| *Plaintiff* | : | |
| | : | |
| vs. | : | |
| | : | Civil Action NO. 1:23-cv-103 |
| | : | |
| Pennsylvania State Police | : | |
| 1800 Elmerton Avenue | : | |
| Harrisburg, PA 17110 | : | |
| | : | |
| And | : | **JURY TRIAL DEMANDED** |
| | : | |
| John Does | : | |
| 1—10 | : | |
| *Defendants* | : | |

## PRAECIPE TO ISSUE SUMMONS

TO THE CLERK:

Kindly issue the attached Summons upon the Defendant PENSYLVANIA STATE POLICE.

Respectfully,

**SWARTZ CULLETON PC**

By:  /s/ Anthony J. Giannetti
Anthony J. Giannetti, Esquire
Adam D. Shorr, Esquire
*Attorneys for Plaintiff*

Date: April 10, 2023