IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL PHILLIPS, individually and as Administrator of the Estate of Douglas Stanton, deceased, and on Behalf of all wrongful death heirs,<br>   Plaintiff,<br><br>  v.<br><br>PENNSYLVANIA STATE POLICE and JOHN DOES 1-10,<br>   Defendants. | C.A. No. 23-103 Erie<br><br><br><br>District Judge Susan Paradise Baxter |

## MEMORANDUM ORDER

AND NOW, this 29th day of November 2023, in consideration of Defendants' filing of a motion to dismiss all of Plaintiff's claims against Defendant Pennsylvania State Police based upon sovereign immunity [ECF No. 7], and Plaintiff's response consenting thereto [ECF No. 10],

IT IS HEREBY ORDERED that Defendants' motion to dismiss [ECF No. 7] is GRANTED and all of Plaintiff's claims against Defendant Pennsylvania State Police are DISMISSED, with prejudice. The Clerk is directed to terminate said Defendant from this case.

*/s/ Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge

cc: All parties of record